Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>AVISOW REAL ESTATE, LLC<br>  dba PLAYLIVE NATION SOLANO<br>     AVISOW RE, LLC,<br><br>Debtor. | Case No. 20-41901 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky<br><br>**REQUEST FOR ENTRY OF ORDER CONFIRMING REJECTION OF LEASE [B.L.R. 6006-1(b)]**<br>**(1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566)**<br><br>[No Hearing Requested] |

Paul Mansdorf, Chapter 7 Trustee of the estate of the above Debtor, respectfully represents:

1. On January 20, 2021 at 11:22 a.m. Pacific Daylight Time, the Trustee served by e-mail his motion for an order confirming rejection of the Debtor's lease of real property at 1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566 (the "Premises"), on Brian A. Audette, Perkins Coie, LLP, 131 South Dearborn Street, Suite 1700, Chicago, IL 60603-5559 at BAudette@perkinscoie.com. Mr. Audette, counsel to Carmen Spinoso, the court appointed receiver for the Premises, consented to accept service of the Trustee's rejection motion.

2. An authentic copy of the motion, the e-mail transmittal (without attachment), and certificate of service of the motion are attached to the Declaration of Gregg S. Kleiner filed concurrently herewith as Exhibits A, B, and C, respectively.

3. The motion was brought on 24 hours' notice under Bankruptcy Local Rule 6006-1(a).

4. The Trustee received no opposition to the motion.

5. As provided in the motion, rejection is sought effective December 10, 2020.

WHEREFORE, the Trustee requests entry of an order confirming rejection of the Debtor's lease at 1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566, effective as of December 10, 2020.

DATED: January 22, 2021  RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for PAUL MANSDORF,
Trustee in Bankruptcy