Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>AVISOW REAL ESTATE, LLC<br>  *dba* PLAYLIVE NATION SOLANO<br>    AVISOW RE, LLC,<br><br>Debtor. | Case No. 20-41901 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky<br><br>**DECLARATION OF GREGG S. KLEINER IN SUPPORT OF REQUEST FOR ENTRY OF ORDER CONFIRMING REJECTION OF LEASE**<br>**[B.L.R. 6006-1(b)]**<br>**(1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566)**<br><br>[No Hearing Requested] |

I, Gregg S. Kleiner, declare as follows:

1. I am a partner in the law firm of Rincon Law LLP, counsel to Paul Mansdorf, Chapter 7 Trustee of the estate of the above Debtor.

2. On January 15, 2021 through January 20, 2021, I exchanged e-mails with Brian A. Audette, Perkins Coie, LLP, 131 South Dearborn Street, Suite 1700, Chicago, IL 60603-5559 at BAudette@perkinscoie.com about the Trustee's intent to reject the Debtor's lease with Star-West Solano, LLC, a Delaware limited liability company, for premises at 1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566.

3. On January 20, 2021, I prepared and signed a motion for an order confirming rejection of the lease of non-residential real property at 1807 Santa Rita Road, Suite H-161,

1  Pleasanton, CA 94566. I served the motion on Brian A. Audette, Perkins Coie, LLP at
2  BAudette@perkinscoie.com on January 20, 2021 at 11:10 a.m. Pacific Daylight Time. An authentic
3  copy of the Motion is attached as **Exhibit A**.  An authentic copy of my e-mail exchange with Brian
4  A. Audette, without attachments, is attached as **Exhibit B**.  An authentic copy of the Certificate of
5  Service of the Motion is attached as **Exhibit C**.

      4.     I received no opposition to the Motion.

     I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness.  This declaration is executed on the 22nd day of January 2021 in San Francisco, California.


                */s/ Gregg S. Kleiner*
                GREGG S. KLEINER

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

AVISOW REAL ESTATE, LLC
 *dba* PLAYLIVE NATION SOLANO
 AVISOW RE, LLC,

Debtor.

Case No. 20-41901 RLE
Chapter 7
Hon. Roger L. Efremsky

**MOTION BY TRUSTEE TO REJECT LEASE WITHOUT A HEARING ON 24 HOURS NOTICE [B.L.R. 6006-1(b)]
(1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566)**

[No Hearing Requested]

This Motion of Paul Mansdorf, Trustee in Bankruptcy of the estate of the above-named Debtor, respectfully represents:

1. On or about December 10, 2020, the above-named Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Paul Mansdorf was appointed as Trustee of the bankruptcy of the estate of the Debtor.

2. According to information obtained by the Trustee, the Debtor utilized non-residential real property commonly referred to as 1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566 (the "Premises"). The Debtor occupied the Premises pursuant to the terms of a lease that commenced in 2016 and expires on December 31, 2026 ("Lease"). The counter party to the Lease is Star-West Solano, LLC, a Delaware limited liability company ("Landlord"). The Trustee understands that the Landlord may no longer be in possession of the Premises and that a court appointed receiver,

Carmen Spinoso, is now in control of the Premises. The receiver is represented by the law firm Perkins Coie LLP. According to documents the Trustee has received from receiver's counsel, the arrears under the Lease through November 11, 2020 exceed $142,500. The Trustee understands the Debtor stopped paying rent at or near the onset of the Covid-19 pandemic in March 2020.

3. The Trustee desires to reject the Lease so as not to incur administrative costs pursuant to Bankruptcy Code §§ 365(d)(3) and (4).

4. The decision to assume or reject an unexpired lease or executory contract is a matter within the "business judgment" of the debtor or trustee. Under the "business judgment" test, the Court should approve a proposed rejection if it will benefit the estate. *In re Chi-Fang Huang,* 23 B.R. 798 (9th Cir. BAP 1982). The decision to reject should be approved unless the decision was made "in bad faith or is [a] gross abuse of [the trustee's] business discretion." *Lubrizol Enterprises, Inc. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.)* 756 F.2d 1043, 1047 (4th Cir. 1985), *cert. denied,* 475 U.S. 1057, 106 S.Ct. 1285 (1986). In this case, the Trustee does not believe that the Lease has value.

5. Pursuant to B.L.R. 6006-1(b), a trustee may move to reject a lease of non-residential real property where debtor is the tenant on 24 hours' written notice to the landlord. Trustee's counsel has been in communication with counsel for the receiver about the proposed rejection: Brian A. Audette, Perkins Coie, LLP, 131 South Dearborn Street, Suite 1700, Chicago, IL 60603-5559. Mr. Audette has consented to accept service of this Motion by email. This Motion is being served on counsel for the receiver by e-mail to BAudette@perkinscoie.com.

WHEREFORE, the Trustee prays for the entry of an Order rejecting the Lease for the non-residential real property commonly referred to as 1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566, effective as of December 10, 2020.

DATED: January 20, 2021      RINCON LAW LLP

By: /s/ Gregg S. Kleiner
GREGG S. KLEINER
Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

| | |
|---|---|
| **From:** | Audette, Brian (Perkins Coie) <baudette@perkinscoie.com> |
| **Sent:** | Wednesday, January 20, 2021 11:22 AM |
| **To:** | Gregg Kleiner |
| **Subject:** | RE: Avisow Real Estate LLC |

Thanks.

**Brian A. Audette  |  PERKINS COIE LLP**
Partner
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8534
MOBILE: 312.927.5400
FAX: 312.324.9534
E-MAIL: BAudette@perkinscoie.com

**From:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Sent:** Wednesday, January 20, 2021 1:10 PM
**To:** Audette, Brian (CHI) <baudette@perkinscoie.com>
**Cc:** Alissa Worthing <aworthing@rinconlawllp.com>
**Subject:** RE: Avisow Real Estate LLC

Brian,

The rejection motion is attached.

Gregg S. Kleiner
Rincon Law LLP
(415) 840-6385 (Direct)
(415) 672-5991 (Main)
(415)-996-8180 (Cell)
gkleiner@rinconlawllp.com

**From:** Audette, Brian (Perkins Coie) <baudette@perkinscoie.com>
**Sent:** Wednesday, January 20, 2021 9:50 AM
**To:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Subject:** RE: Avisow Real Estate LLC

Understood.

**Brian A. Audette  |  PERKINS COIE LLP**
Partner
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8534
MOBILE: 312.927.5400
FAX: 312.324.9534
E-MAIL: BAudette@perkinscoie.com

**From:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Sent:** Wednesday, January 20, 2021 11:49 AM

**To:** Audette, Brian (CHI) <baudette@perkinscoie.com>
**Subject:** RE: Avisow Real Estate LLC

Brian, Thanks. I well serve a copy of the motion on you via email. To confirm, the motion will seek a rejection date or 12/10/20.

Gregg

Gregg S. Kleiner
Rincon Law LLP
(415) 840-6385 (Direct)
(415) 672-5991 (Main)
(415)-996-8180 (Cell)
gkleiner@rinconlawllp.com

---

**From:** Audette, Brian (Perkins Coie) <baudette@perkinscoie.com>
**Sent:** Wednesday, January 20, 2021 9:30 AM
**To:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Subject:** RE: Avisow Real Estate LLC

Yes. My client has no problem with the rejection.

**Brian A. Audette  |  PERKINS COIE LLP**
Partner
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8534
MOBILE: 312.927.5400
FAX: 312.324.9534
E-MAIL: BAudette@perkinscoie.com

---

**From:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Sent:** Wednesday, January 20, 2021 11:29 AM
**To:** Audette, Brian (CHI) <baudette@perkinscoie.com>
**Subject:** RE: Avisow Real Estate LLC

Brian,

Sorry to nag (well, only sort of sorry). I hope your commuter is back online. Any word back from your client? Its been a week since we first talked and I need to deal with this.

Thanks, Gregg

Gregg S. Kleiner
Rincon Law LLP
(415) 840-6385 (Direct)
(415) 672-5991 (Main)
(415)-996-8180 (Cell)
gkleiner@rinconlawllp.com

---

**From:** Audette, Brian (Perkins Coie) <baudette@perkinscoie.com>
**Sent:** Tuesday, January 19, 2021 8:34 AM

**To:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Subject:** Re: Avisow Real Estate LLC

Working on it, and having computer problems today.

---

**From:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Sent:** Tuesday, January 19, 2021 10:23 AM
**To:** Audette, Brian (CHI)
**Subject:** RE: Avisow Real Estate LLC

Brian,

I hope you had a good weekend.   Hopefully you will hear back from your client today.   Gregg

---

**From:** Audette, Brian (Perkins Coie) <baudette@perkinscoie.com>
**Sent:** Saturday, January 16, 2021 7:35 AM
**To:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Subject:** RE: Avisow Real Estate LLC

Gregg

Still awaiting word.  I will let you know as soon as I hear something.

Have a good weekend.

Brian

**Brian A. Audette  |  PERKINS COIE LLP**

**Partner**

131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8534

MOBILE: 312.927.5400  
FAX: 312.324.9534  
E-MAIL: BAudette@perkinscoie.com

**From:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Sent:** Friday, January 15, 2021 6:34 PM
**To:** Audette, Brian (CHI) <baudette@perkinscoie.com>
**Subject:** Avisow Real Estate LLC

Brian,

Good evening.  Any word from the receiver on rejecting the lease, effective on the petition date?

Thanks,  Gregg

Gregg S. Kleiner

Rincon Law LLP

(415) 840-6385 (Direct)

(415) 672-5991 (Main)

(415)-996-8180 (Cell)

gkleiner@rinconlawllp.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>AVISOW REAL ESTATE, LLC<br>　dba PLAYLIVE NATION SOLANO<br>　　AVISOW RE, LLC,<br><br>　　　　Debtor. | Case No. 20-41901 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky<br><br>**CERTIFICATE OF SERVICE** |

On the date of execution hereof, at my place of business, I served a copy of the following document:

**MOTION BY TRUSTEE TO REJECT LEASE WITHOUT A HEARING
ON 24 HOURS NOTICE
[B.L.R. 6006-1(b)]
(1807 Santa Rita Road, Suite H-161, Pleasanton, CA 94566)**

☒ **(BY E-MAIL)** I attached a true and correct copy of the above-named document to an e-mail addressed to the following person at the e-mail address listed below.

| | |
|---|---|
| Brian A. Audette<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>E-Mail: BAudette@perkinscoie.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 20, 2021, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　 */s/ Gregg S. Kleiner*
　　　　　　　　　　　　　　　　　　　　 GREGG S. KLEINER

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for Paul Mansdorf, Trustee in Bankruptcy